815 A.2d 562

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Lawrence SMITH, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 18, 2002.

## *ORDER*

PER CURIAM

**AND NOW,** this 18th day of December, 2002, the Petition for Allowance of Appeal will be granted as to the following:

Whether the Superior Court erred when it affirmed the lower court's denial of the defendant's right to a new trial where the Commonwealth presented hearsay evidence at trial of a co-defendant's guilty plea where that co-defendant had not gone to trial with the defendant and where the defendant objected, in timely fashion, to the introduction of the guilty plea evidence.